IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
(BATON ROUGE)

| | | |
|---|---|---|
| LISA FLETCHER, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| | § | NUMBER: 3:08-CV-00320-FJP-CN |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | SECURITY ADMINISTRATION, |
| | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED ORDER AWARDING UNOPPOSED ATTORNEY FEES AND COSTS

On this date came Plaintiff's Unopposed Motion and incorporated brief for Attorney Fees Under the Equal Access to Justice Act for the Court's consideration. Having been informed that Defendant has read Plaintiff's Motion and Brief in support of attorney and paralegal fees under the Equal Access to Justice Act, and is agreement with the payment of attorney and paralegal fees to attorney, Roderick S. Deus, in the amount of $4,251.00, and it appearing to the Court that the Motion is meritorious, the costs incurred, the attorney time spent, and amounts requested are reasonable; It is therefore,

1

ORDERED, ADJUDGED AND DECREED that the Plaintiff's attorneys, Cheryl Langston and Rod Deus, are awarded the sum of $4,251.00 in attorney and paralegal fees, pursuant to the provisions of the Equal Access to Justice Act, 28 U.S.C. § 2412. **Attorney fees in the amount of $4,251.00 shall be made payable to Roderick S. Deus.**

Signed this ___14___ day of ___May___, 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

2